## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID NEMANICH INDIVIDUALLY** | * | |
| **AND CHERYL NEMANICH** | * | |
| | * | **CIVIL ACTION NO.  24-cv-01726** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **RADIONEMO OF NORTH AMERICA** | * | **JUDGE: BRANDON S. LONG** |
| | * | |
| **MICHAEL BURNS** | * | **MAGISTRATE: EVA J. DOSSIER** |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\* \* \*

## <u>MOTION FOR STATUS CONFERENCE</u>

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, David Nemanich, and Cheryl Nemanich (hereinafter referred to as "Plaintiffs"), who move this Honorable Court fortthe setting of a Status Conference in this matter for the reasons more fully set forth in the attached Memorandum in Support of Motion for Status Conference.

Respectfully Submitted,

**HERMAN AND YOUNG, APLC**

BY:     */s/   Fred L. Herman*
FRED L. HERMAN (#6982)
JACOB D. YOUNG (#34845)
1200 Energy Centre
1100 Poydras Street
Email: fred@hermanandyoung.com;
jacob@hermanandyoung.com
Telephone: (504) 238-5050
*Attorneys for Plaintiffs*

Of Counsel:

John D. Fitzmorris, Jr.(#5594)
7003 West End Boulevard
New Orleans Louisiana 70124
Telephone: (337) 280-6135
Email: jfitzmorris22@gmail.com

**CERTIFICATE**

     I hereby certify that on October 7, 2025, I electronically filed the foregoing using the CM/ECF system which will send a notice of electronic filing to all counsel of record, and that a copy of the foregoing was also served via U.S. Mail, postage pre-paid on defendants as follows:

RadioNemo of North America, Inc.
and Michael Burns
525 Porter Avenue
Ocean Springs, MS  39564

     */s/    Fred L. Herman*