**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DAVID NEMANICH INDIVIDUALLY** | * | |
| **AND CHERYL NEMANICH** | * | |
| | * | **CIVIL ACTION NO.  24-cv-01726** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **RADIONEMO OF NORTH AMERICA** | * | **JUDGE: BRANDON S. LONG** |
| | * | |
| **MICHAEL BURNS** | * | **MAGISTRATE: EVA J. DOSSIER** |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\* \* \* \*

### <u>MEMORANDUM IN SUPPORT OF MOTION FOR STATUS CONFERENCE</u>

Plaintiffs, David Nemanich, and Cheryl Nemanich (hereinafter referred to as "Plaintiffs"), respectfully submit this Memorandum in Support of their Motion for Status Conference.

Plaintiffs filed a Motion for Default which was deemed insufficient by this Court.  Plaintiffs re-filed their Motion for Default on May 29, 2025 (Doc. 17).  Undersigned counsel is now requesting a status conference with the court to address any concerns the court may have with regard the motion.

Respectfully Submitted,

**HERMAN AND YOUNG, APLC**

BY:     */s/  Fred L. Herman*
FRED L. HERMAN (#6982)
JACOB D. YOUNG (#34845)
1200 Energy Centre
1100 Poydras Street
Email: fred@hermanandyoung.com;
jacob@hermanandyoung.com
*Attorneys for Plaintiffs*

Of Counsel:

John D. Fitzmorris, Jr.(#5594)
7003 West End Boulevard
New Orleans Louisiana 70124
Telephone: (337) 280-6135
Email: jfitzmorris22@gmail.com

## CERTIFICATE

I hereby certify that on October 7, 2025, I electronically filed the foregoing using the CM/ECF system which will send a notice of electronic filing to all counsel of record, and that a copy of the foregoing was also served via U.S. Mail, postage pre-paid on defendants as follows:

RadioNemo of North America, Inc.
and Michael Burns
525 Porter Avenue
Ocean Springs, MS  39564

*/s/   Fred L. Herman*